# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

PRINCELLA LUCAS        )
         )
     **Plaintiff**     )
vs.               )     **Civil Case No.  06-0077-CV-W-DW**
MICHAEL O. LEAVITT,    )
SECRETARY OF THE      )
DEPARTMENT OF HEALTH   )
and HUMAN SERVICES    )
         )
     **Defendant**    )


  **X**  **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision  has been rendered.


     **ORDERED**: that the Court hereby **GRANTS** summary judgment in favor of Defendant as to both of Plaintiff's counts of discrimination.  The case is hereby DISMISSED.


August 17, 2007                    Patricia Brune
Date                             Clerk
                         By:   /s/ Y. Johnson
                             Deputy Clerk